# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCHYLER THOMAS,<br><br>　　　　　Defendant. | 2:18-mj-00080-NJK<br>**ORDER** |

Before the Court is the Motion to Modify Conditions of Release (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Modify Conditions of Release (ECF No. 29) is scheduled for 2:00 PM, June 1, 2018, in Courtroom 3D.

DATED this 24th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE