# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCHYLER LEVI THOMAS, <br><br> Defendant. | 2:18-mj-00080-NJK <br> **ORDER** |

Before the Court is the *United States of America v. Schyler Levi Thomas*, case number 2:18-mj-00080-NJK.

It has been brought to the Court's attention that Mr. Thomas has violated his conditions of pretrial release.

Accordingly,

IT IS HEREY ORDERED that a hearing is scheduled for 11:00 AM, July 16, 2018, in Courtroom 3D.

DATED this 12th day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE